# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 197 MAL 2015
                                : 
                    Respondent   : 
                                : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
              v.                 : 
                                : 
                                : 
                                : 
JOSE LUIS TORRES,                : 
                                : 
                    Petitioner   : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.